

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————————

No. 02-22-00474-CV

————————————————————

JENNIFER LAZARO, Appellant

V.

ARGYLE HILLTOP, LLC, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-03612-JP

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On April 20, 2023, and April 27, 2023, we notified appellant that her brief had not been filed as required by the appellate rules. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: May 25, 2023